IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON MOSLEY, | No. C-08-4888 TEH (PR) |
|     Petitioner, | |
|     v. | |
| ROBERT AYERS, JR., WARDEN, | ORDER OF DISMISSAL |
|     Respondent. | |

This habeas corpus action by a prisoner was filed on October 27, 2008. The court notified Petitioner in writing at that time that the action was deficient because Petitioner did not pay the requisite $ 5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 30 days would result in dismissal of the action.

More than five months have elapsed since Petitioner was

1  notified of his filing deficiency; however, Petitioner has not
2  provided the Court with the requisite items, or sought an extension
3  of time to do so.  The action, therefore, is DISMISSED WITHOUT
4  PREJUDICE.
5           The Clerk shall close the file and terminate all pending
6  motions as moot.
7
8           IT IS SO ORDERED.
9
10 DATED    04/03/09                  _____
11                                    THELTON E. HENDERSON
                                      United States District Judge

26 G:\PRO-SE\TEH\HC.08\Mosley-08-4888-dismissal.wpd

2